# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Glen Llewellyn Jenkins**  
                Debtor(s)

**BK NO. 21-02613 MJC**

**Chapter 11**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates and index same on the master mailing list.

                                  Respectfully submitted,

                              /s/ Rebecca Solarz  
                              Rebecca Solarz  
                              07 Jun 2022, 15:52:15, EDT

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA  19106  
                              215-627-1322