# Cindy Boyle

**From:** creditor matrix <CreditorMatrix@pamb.uscourts.gov>
**Sent:** Sunday, June 12, 2022 12:47 PM
**To:** PAMBml_CreditorMatrix
**Subject:** Creditor matrix for 4:21-bk-02613-MJC, Glen Jenkins, 1889
**Attachments:** new.txt; matrix.txt

FILED          Wilkes-Barre, PA.
June 12, 2022
Clerk, U.S. Bankruptcy Court

Debtor
===================
name: Glen Jenkins
Case:4:21-bk-02613-MJC
SSN: 1889
Phone: 8142225050
Email: g.jenkins1@yahoo.com
===================
NEW:17
DELETED:0
Total:17
===================
N&S Shenango Jnt Municipal Authy
3104 Water Trail Drive
Jamestown, PA 16134

Crawford Co Tax Claim Bureau
Crawford County Courthouse
903 Diamond Square
Meadville, PA 16335

Borough of State College, Public Works
243 S Allen Street
State College, PA 16801

Geisinger Health System
100 N Academy Avenue
Danville, PA 17822-3944

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Securities and Exchange Commision
3 World Financial Center
New York, NY 10281-1019

1

Gregory Benjamin Schiller
US Department of Justice
Office of the US Trustee
228 Walnut Street, Room 1190
Harrisburg, PA 17101-1722

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280496
Harrisburg, PA 17128-0946

PRA Receivables Management, LLC
PO BOX 41021
Norfolk, VA 23541-1021

MOUNT NITTANY PHYSICIANS GROUP
1850 E PARK AVENUE
STATE COLLEGE, PA 16803-7606

Mastercard - Clearview FCU
8805 University Drive
Moon Twp, PA 15108-4212

Glen Llewellyn Jenkins
PO Box 254
State College, PA 16804-0254

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

East End Food Cooperative FCU
7516 Meade Street
Pittsburgh, PA 15208-2549

Columbia Gas of PA
PO Box 70285
Philadelphia, PA 19176-0285

Carrington Mortgage Services, LLC
Attn: Research
PO Box 5001
Westfield, IN 46074