United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                            Case No. 21-02613-MJC

Glen Llewellyn Jenkins                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                User: AutoDocke                                Page 1 of 2
Date Rcvd: Jun 15, 2022                         Form ID: pdf010                            Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5479893 | + | Borough of State College, Public Works, 243 S Allen Street, State College, PA 16801-4864 |
| 5450565 | + | COLUMBIA GAS OF PA, PO BOX 70285, PHILADELPHIA, PA 19176-0285 |
| 5450567 | + | EAST END FOOD COOPERATIVE FCU, 7516 MEADE STREET, PITTSBURGH PA 15208-2549 |
| 5450566 | | GEISINGER HEALTH SYSTEM, 100 N. ACADEMY AVE., DANVILLE, PA 17822-3944 |
| 5479898 | | Gregory Benjamin Schiller, US Department of Justice, Office of the US Trustee, 228 Walnut Street, Room 1190, Harrisburg, PA 17101-1722 |
| 5450569 | + | MASTERCARD- CLEARVIEW FCU, 8805 UNIVERSITY DRIVE, MOON TWP , PA 15108-4212 |
| 5450568 | + | MOUNT NITTANY PHYSICIANS GROUP, 1850 E PARK AVE., STATE COLLEGE PA 16803-6706 |
| 5479891 | | N&S Shenango Jnt Municipal Authy, 3104 Water Trail Drive, Jamestown, PA 16134 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: g.jenkins1@yahoo.com | Jun 15 2022 18:39:00 | Glen Llewellyn Jenkins, PO Box 254, State College, PA 16804-0254 |
| 5479907 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 15 2022 18:39:00 | Carrington Mortgage Services, LLC, Attn: Research, PO Box 5001, Westfield, IN 46074-5001 |
| 5479892 | + | Email/Text: rkiser@co.crawford.pa.us | Jun 15 2022 18:39:00 | Crawford Co Tax Claim Bureau, Crawford County Courthouse, 903 Diamond Square, Meadville, PA 16335-2640 |
| 5458193 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2022 18:39:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5479900 | | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2022 19:03:32 | PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 5450658 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5479899 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5479897 | | Email/Text: nyrobankruptcy@sec.gov | Jun 15 2022 18:39:00 | Securities and Exchange Commision, 3 World Financial Center, New York, NY 10281-1019 |
| 5450416 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 19:03:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479895 | | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Jun 15 2022 18:39:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5479906 | * | Columbia Gas of PA, PO Box 70285, Philadelphia, PA 19176-0285 |
| 5479905 | * | East End Food Cooperative FCU, 7516 Meade Street, Pittsburgh, PA 15208-2549 |
| 5479894 | * | Geisinger Health System, 100 N Academy Avenue, Danville, PA 17822-3944 |
| 5479903 | * | Glen Llewellyn Jenkins, PO Box 254, State College, PA 16804-0254 |
| 5479904 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5479901 | *+ | MOUNT NITTANY PHYSICIANS GROUP, 1850 E PARK AVENUE, STATE COLLEGE, PA 16803-6706 |
| 5479902 | * | Mastercard - Clearview FCU, 8805 University Drive, Moon Twp, PA 15108-4212 |
| 5450659 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5479896 | * | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Rebecca Ann Solarz | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| GLEN LLEWELLYN JENKINS, | CASE NO.: 4:21-bk-02613-MJC |
| Debtor-In-Possession | |
| ANDREW R. VARA UNITED STATES TRUSTEE, | |
| Movant | |
| vs. | |
| GLEN LLEWELLYN JENKINS, | |
| Respondent | |

<u>**ORDER**</u>

Upon consideration of the Motion of the United States Trustee For Order Converting Debtor's Chapter 11 Case To A Case Under Chapter 7, Or, In The Alternative, Dismissing Debtor's Chapter 11 Case, Dkt. # 34 ("Motion"), the record as a whole and after hearings held on April 21, 2022; April 26, 2022; May 24, 2022; June 2, 2022; and June 15, 2022, **IT IS HEREBY ORDERED THAT**:

Pursuant to 11 U.S.C. § 1112(b) and for good cause shown, this case is **DISMISSED** for the reasons stated on the record.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 15, 2022